424 A.2d 543

Commonwealth v. McCauley, Appellant.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Submitted March 20, 1978. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.